**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1576**

_____

OMRI YIGAL,

                              Plaintiff - Appellant,

          versus

CITY OF NEWPORT NEWS; SUZIE ROBBINS; JENNIFER
MITCHEL,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-02-5-4)

_____

Submitted:  September 27, 2002      Decided:  November 7, 2002

_____

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Omri Yigal, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Omri Yigal appeals the district court's order denying his motion to proceed in forma pauperis in his civil action. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Yigal v. City of Newport News, No. CA-02-5-4 (E.D. Va. May 15, 2002). We grant Yigal's motion to proceed in forma pauperis in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2